IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHRYN ROBERTS, | ) | 1:09cv01581 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 12) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   On February 5, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to serve her confidential letter brief. The parties' request is GRANTED. Plaintiff's confidential letter brief SHALL be served on or before March 7, 2010.

   IT IS SO ORDERED.

   **Dated:   February 8, 2010**           **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

1