IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ROBERTS, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | 1:09cv01581 DLB <br><br> ORDER GRANTING <br> EXTENSION OF TIME <br><br> (Document 16) |

On June 7, 2010, the parties filed a stipulation and proposed order to allow Defendant an extension of time to respond to Plaintiff's opening brief. The parties' request is GRANTED. Defendant's response to Plaintiff's opening brief SHALL BE FILED on or before July 12, 2010.

IT IS SO ORDERED.

**Dated:   June 8, 2010**            **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

1