BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARK A. WIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8980
    Facsimile:  (415) 744-0134
    E-Mail: Mark.Win@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| KATHRYN ROBERTS,            )<br>       Plaintiff,      )<br>                                )<br>      v.                )<br>                                )<br>MICHAEL J. ASTRUE,           )<br>Commissioner of             )<br>Social Security,             )<br>       Defendant.       ) | CIVIL NO. 1:09-CV-01581 DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for filing Defendant's opposition to Plaintiff's opening brief be extended from July 12 to August 11, 2010.  This is Defendant's second request for an extension of time to file a response to Plaintiff's opening brief.  Defendant needs the additional time in order to further explore the possibility of settlement.

                                        Respectfully submitted,

Dated: July 12, 2010              */s/ Sengthiene Bosavanh*
                                        (As authorized via telephone)
                                        SENGTHIENE BOSAVANH
                                        Attorney for Plaintiff

Dated: July 12, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Mark A. Win*
MARK A. WIN
Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   July 13, 2010**              **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE