1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KATHRYN ROBERTS,                          )    1:09cv1581 DLB
                                          )
                                          )
                    Plaintiff,            )    ORDER GRANTING DEFENDANT'S
                                          )    REQUEST FOR ADDITIONAL TIME
        v.                                )    (Document 34)
                                          )
MICHAEL J. ASTRUE, Commissioner           )    ORDER RESETTING HEARING DATE
of Social Security,                       )
                                          )
                                          )
                                          )
                    Defendant.            )
_____       )

17        On February 25, 2011, this Court set a March 11, 2011, hearing for Plaintiff's application

18   for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

19   Defendant's opposition to Plaintiff's additional briefing was due on or about March 4, 2011.

20        On February 25, 2011, Defendant submitted a request that the time for an opposition be

21   extended to April 4, 2011, and the hearing date be set for the next available date.

22        On March 2, 2011, Plaintiff filed a non-opposition with the Court.

23        Therefore, Defendant's request is GRANTED.  Defendant's opposition SHALL be due on

24   or before April 4, 2011.  The hearing is rescheduled for April 8, 2011.

25        IT IS SO ORDERED.

26   Dated:   **March 3, 2011**                    /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE
27
28