UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ROBERTS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　Defendant. | 1:09cv1581 DLB<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT WRITTEN AGREEMENT |

　　　Plaintiff's motion for attorney fees under the Equal Access for Justice Act is set for hearing on April 8, 2011. Plaintiff submitted additional briefing pursuant to the Court's order on February 24, 2011. Defendant's response is due on April 4, 2011.

　　　In order to properly analyze the issues, the Court ORDERS Plaintiff to submit any and all written agreement(s) pursuant to which Mr. Wilborn performed services in Plaintiff's action. Plaintiff must submit the agreement no later than April 4, 2011.

　　　IT IS SO ORDERED.

　　　Dated:　**March 29, 2011**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1