Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
(209) 576-0817
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| Kathryn Roberts, Plaintiff, | ) ) ) | CASE NO. 1:09-cv-01581 DLB |
|---|---|---|
| v. | ) ) | |
| Commissioner of Social Security | ) ) | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |

Plaintiff hereby requests a second extension of time to file documents in compliance with this Court's April 8, 2011 hearing order regarding the submission of Attorney Wilborn's dates and hours in the 68 cases. An extension of time is requested to June 7, 2011. This extension is necessary due to Mr. Wilborn's recent illness, the burdensome nature of the Court's request, and a previously scheduled vacation.

Dated: May 12, 2011          /s/ Sengthiene Bosavanh

                             SENGTHIENE BOSAVANH, ESQ.
                             Attorney for Plaintiff

Dated: May 12, 2011          BENJAMIN B. WAGNER
                             United States Attorney

                             By: /s/Shea Lita Bond
                             (as authorized via e-mail)
                             SHEA LITA BOND
                             Special Assistant United States Attorney

IT IS SO ORDERED.

Dated:   **May 13, 2011**            /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE